

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Koyoe Society,

Vs. No. 11-23-00199-CV

Central Appraisal District of
Taylor County,

\* From the 104th District Court
  of Taylor County,
  Trial Court No. 28686-B.

\* August 14, 2025

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.